02/28/2014 13:00 FAX       ☑ 002/003

# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

REJECTED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/10/2015 8:47:44 AM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 - 15 - 00003 - CR**

Trial Court Style: The State of Texas vs. Dequisha Jackson

Trial Court & County: 159th District Court, Angelina County   Trial Court No.: 2013-0731

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/10/2015 8:47:44 AM
CATHY S. LUSK
Clerk

Date Trial Clerk's Record Originally Due: 2-16-15

Date Court Reporter's/Recorder's Record Originally Due: 2-16-2015

Anticipated Number of Pages of Record: 720

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ☐ the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record;

☒   Other. (Explain.): I need more time to work on this

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 3-16-2015   and I hereby request an additional 30 days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

2-10-2015

**Date**

936-671-4078

**Office Phone Number**

Signature *W. Lindsey*

Printed Name Whitney Madison-Lindsey

wmadison-lindsey@angelinacounty.net

**E-mail Address (if available)**

Official Title   Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):       Lead Counsel for APPELLEE(S):

Name: Art Bauereiss       Name:

Address: P.O. Box 908       Address:

Lufkin, Texas 75902

Phone no.: 936-632-5090       Phone no.:

Attorney for: State of Texas       Attorney for:

Lead Counsel for APPELLANT(S):       Lead Counsel for APPELLEE(S):

Name: John Reeves       Name:

Address: 1007 Grant Street       Address:

Lufkin, Texas 75901

Phone no.: 936-632-1640       Phone no.:

Attorney for: Dequisha Jackson       Attorney for:

Additional       information,       if       any: